## 31849. MORRIS v. MORRIS et al.

JORDAN, Justice.

This is an appeal from an award of custody entered in a divorce decree. The decree gave permanent custody of one of the two children of the marriage to each of the parties. The appellant-mother claims the trial court erred in awarding custody of one of the children to the father.

After a careful review of the record we find no abuse of discretion in the award. *Jackson v. Jackson,* 230 Ga. 499 (197 SE2d 705) (1973).

*Judgment affirmed. All the Justices concur.*

SUBMITTED JANUARY 3, 1977 — DECIDED JANUARY 28, 1977.

*W. David Arnold,* for appellant.
*Ben Lancaster,* for appellees.